## (October 13, 1970)

THOMAS DIAMOND, Respondent, v. ANTONIO PANZICA, Defendant, and ANTHONY PANZICA, Appellant.—

Martuscello, Acting P. J., Latham, Kleinfeld, Brennan and Benjamin, JJ., concur.

DANIEL W. HORAN, as Administrator of the Estate of SHELAGH HORAN, Deceased, Respondent, v. SYOSSET HOSPITAL et al., Defendants, and PETER SCHWARTZ, Appellant.—

Martuscello, Acting P. J., Latham, Kleinfeld, Brennan and Benjamin, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. WILLIAM HARRIS, Appellant.—

Christ, P. J., Rabin, Martuscello and Latham, JJ., concur; Munder, J., not voting.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. FRED LA FAY, Appellant.—

Martuscello, Acting. P. J., Latham, Kleinfeld, Brennan and Benjamin, JJ., concur.

PASQUALE SOFIA et al., Appellants, v. STELLA T. BIERMAN, Respondent.

Christ, P. J., Rabin, Hopkins, Brennan and Benjamin, JJ., concur.